UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:01-00160 |
| | ) | |
| | ) | |
| ROBERT ALLEN MCKENZIE | ) | |

O R D E R

On the agreement of the parties and the defendant, pursuant to 18 U.S.C. § 3583(e)(2) and F.R.Cr.P. 32.1(c), it is hereby ORDERED that the judgment in this case is amended to add the following condition:

> The defendant shall participate in a mental health program as directed by the United States Probation Office. The defendant shall pay all or part of the costs if the United States Probation Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

Enter this the 48ÿ day of October, 2012.

THOMAS A. WISEMAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*s/Sumter L. Camp*
Sumter L. Camp
Assistant Federal Public Defender