IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3-01-cr-00160 |
| ) | |
| ROBERT ALLEN MCKENZIE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to 28 U.S.C. §294(b), the undersigned is unable or unwilling to undertake this matter and hereby returns this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior United States District dge